EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re,<br>Enmienda a la Regla 10.2.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2005 TSPR 120<br><br>165 DPR \_\_\_\_ |

Número del Caso: ER-2005-9

Fecha: 30 de agosto de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,

Enmienda a la Regla 10.2.1 del
Reglamento para la Admisión de
Aspirantes al  Ejercicio de la
Abogacía y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 30 de agosto de 2005.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 10.2.1 del citado reglamento, para que exprese lo siguiente:

**Regla 10.2.1**  Por proveer dichas copias, el Director Ejecutivo cobrará el siguiente arancel en sellos de Rentas Internas:  veinte dólares ($20) por las contestaciones al examen de Reválida General; diez dólares ($10) por las contestaciones al examen de Reválida Notarial, y quince dólares ($15) por las directrices de calificación.

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señor Rebollo López y señor Fuster Berlingeri no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo